UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF, CANADA, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 2:18-cv-00055 |
| ESTATE OF TIMOTHY L. JORDI, DECEASED, BY AND THROUGH JOHN P. JORDI, EXECUTOR, et al., | * * * * | |
| Defendants. | * | |

## JOINT STATUS REPORT

Defendants Barbara Shimmon, E.M.J., Joshua Jordi, and the Estate of Timothy L. Jordi, by and through John P. Jordi, Executor, appearing through their respective undersigned counsel, hereby file this Joint Status Report pursuant to the Court's Order (ECF No. 42) requiring a status report by April 1, 2019, regarding disposition of the pending criminal case against Joshua Jordi.

As of April 1, 2019, the criminal case against Joshua Jordi is still pending, but has not yet been set for trial. No other persons have been charged in connection with the death of Timothy Jordi at this time.

///

///

///

///

///

1

DATED this 1st day of April, 2019.

Respectfully submitted,


*/s/ Michael J. Hoover*
Michael J. Hoover
LA Bar No. 35497
Interpleader Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone: (225) 246-8706
michael.hoover@interpleaderlaw.com

Karla Campbell, TN BPR # 27132
Anthony Orlandi, TN BPR # 33988
Branstetter Stranch & Jennings PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
karlac@bsjfirm.com
aorlandi@bsjfirm.com

*Attorneys for Barbara J. Shimmon, Individually, E.M.J., a minor, and Joshua Jordi*


*/s/ Matthew E. Pulle*
J. Ross Pepper (BPR #14444)
Matthew E. Pulle (BPR #31271)
PEPPER LAW, PLC
201 4th Avenue North, Suite 1550
Nashville, Tennessee 37219
(615) 256-4838
*rpepper@pepperlawplc.com*
*mpulle@pepperlawplc.com*

***ATTORNEYS FOR DEFENDANT JOHN P. JORDI, EXECUTOR OF THE ESTATE OF TIMOTHY L. JORDI***

2

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on April 1, 2019, I caused a copy of the foregoing Notice to be filed electronically using the CM/ECF System. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

James M. Burd
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Mallard Creek Rd., Ste. 250
Louisville, KY 40207

Kimberly S. Veirs
Timothy K. Garrett
Bass, Berry & Sims
150 Third Ave. S., Ste. 2800
Nashville, TN 37201

Austin K. Purvis
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce St., Ste. 800
Nashville, TN 37201

J. Ross Pepper
Matthew E. Pulle
PEPPER LAW, PLC
201 4th Avenue North, Suite 1550
Nashville, TN 37219

/s/ Michael J. Hoover
Michael J. Hoover

3