UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF, CANADA, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 2:18-cv-00055 |
| ESTATE OF TIMOTHY L. JORDI, DECEASED, BY AND THROUGH JOHN P. JORDI, EXECUTOR, et al., | * * * * | |
| Defendants. | * | |

## UNOPPOSED MOTION TO LIFT STAY

Defendants Barbara Shimmon and E.M.J., appearing through undersigned counsel, hereby move the Court for an Order lifting the stay that was entered in this case on October 15, 2018. (ECF No. 42). Defendant Joshua Jordi entered a guilty plea in the criminal matter that was pending against him, and he has withdrawn his competing claim to the disputed funds in this case. Accordingly, the remaining competing claimants are in agreement that this matter should proceed. Undersigned counsel has consulted with counsel for the Estate of Timothy L. Jordi, which does not oppose the relief requested in this motion.

### PRAYER FOR RELIEF

WHEREFORE, movants request that the Court lift the pending stay in this case. Given the amount of time that has passed since the stay was entered, the dates originally provided by the parties in their proposed Case Management Order are no longer applicable. Accordingly,

1

upon the case being re-opened, the remaining competing claimants will need to obtain new case deadlines from the Court.

DATED this 11th day of May, 2020.

Respectfully submitted,

*/s/ Michael J. Hoover*
Michael J. Hoover
LA Bar No. 35497
Interpleader Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone: (225) 246-8706
michael.hoover@interpleaderlaw.com

Karla Campbell, TN BPR # 27132
Anthony Orlandi, TN BPR # 33988
Branstetter Stranch & Jennings PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
karlac@bsjfirm.com
aorlandi@bsjfirm.com

*Attorneys for Barbara J. Shimmon, Individually, E.M.J., a minor, and Joshua Jordi*

2

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on May 11, 2020, I caused a copy of the foregoing Notice to be filed electronically using the CM/ECF System. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

James M. Burd
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Mallard Creek Rd., Ste. 250
Louisville, KY 40207

Kimberly S. Veirs
Timothy K. Garrett
Bass, Berry & Sims
150 Third Ave. S., Ste. 2800
Nashville, TN 37201

Austin K. Purvis
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce St., Ste. 800
Nashville, TN 37201

J. Ross Pepper
Matthew E. Pulle
PEPPER LAW, PLC
201 4th Avenue North, Suite 1550
Nashville, TN 37219

*/s/ Michael J. Hoover*
Michael J. Hoover

3