# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA[1] | ) ) ) | |
| v. | ) ) ) | Case No. 2:18-cv-00055<br>Chief Judge Crenshaw<br>Magistrate Judge Holmes |
| ESTATE OF TIMOTHY L. JORDI, DECEASED, BY AND THROUGH JOHN P. JORDI, EXECUTOR; BARBARA J. SHIMMON; and, ETHAN SHIMMON[2] | ) ) ) ) ) | |

## ORDER TO SHOW CAUSE

By no later than **June 24, 2020**, the Estate of Timothy Jordi must show cause for its request of a jury trial in this action. The responsive filing must include supporting facts and legal authority and shall not exceed 20 pages.  By no later than **July 8, 2020**, the Shimmon Parties may file a reply to the responsive filing, which must also include supporting facts and legal authority and shall not exceed 20 pages.  No other responsive filings shall be permitted.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The original plaintiff in this interpleader action, Sun Life Assurance Company of Canada, was dismissed as a party by order entered on October 1, 2018. (Docket No. 39.) Original defendant Chattanooga Funeral Home Crematory and Florist was also dismissed. (*Id*.)  By notice filed on May 11, 2020, original defendant Joshua Jordi disclaimed any entitlement to the insurance proceeds at issue in this action. (Docket No. 45.)  Further, defendant Ethan Jordi, who was a minor when this was originally filed, is no longer a minor and no longer enjoys the protections of Fed. R. Civ. P. 5.2. The initial case management order entered separately provides procedures for realigning the parties to accurately reflect the current dispute among the appropriate parties in this case.

[2] See n.1.